# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**ROBERT B. KUGLER**
UNITED STATES DISTRICT JUDGE

MITCHELL H. COHEN U.S. COURTHOUSE
1 John F. Gerry Plaza - Room 6040
CAMDEN, NJ  08101
856-757-5019

July 22, 2008

Hon. Ortrie D. Smith, Chair
Committee on Financial Disclosure
Administrative Offices of the
United States Courts
One Columbus Circle, NE
Washington, DC 20544

Re: Calendar Year 2007 Filing

Dear Judge Smith:

Please consider this in response to your letter of June 23, 2008, regarding my financial disclosure report dated May 5, 2008.  Please consider the following as an amendment to my May 5, 2008, filing.

As to Part VII, page 4, line 1, column B(2) should read "Int."

Part VII should also include:

| | | | | |
|---|---|---|---|---|
| 17. Royal Dutch Shell | B | Dividend | K | T |
| 18. Vanguard Bond Fund | B | Dividend | L | T |
| 19. Vanguard NJ Tax-Exempt | B | Dividend | L | T |
| 20. Vanguard Dividend Growth | B | Dividend | L | T |
| 21. Vanguard Health Care Fund | C | Dividend | L | T |
| 22. Vanguard 500 Index Fund | B | Dividend | L | T |
| 23. Mortgage NJ Property | D | Interest | N | T |
| 24. Wachovia Bank | B | Interest | K | T |
| 25. One Centennial Square | E | Dividend | M | W |
| 26. Schwab Tax Fund | A | Dividend | J | T |
| 27. Pepco Holdings | A | Dividend | J | T |

As to Part VIII, the following should be substituted:

As to Part I, items 17, 18, 19, 20, 21, 22, 23 and 24 of Part VII, list the assets of the Residuary Trust of which I am the Trustee.  As to Part VII, line 13, the trust of which I am an income beneficiary only and had no power to direct, buy or sell or otherwise dispose of assets, had investments in American Century Small Company Fund, Harbor Capital Appreciation Fund, Morgan Stanley Institutional Fund, T. Rowe Price Real Estate Fund, T. Rowe Price Equity Income Fund, Delaware Pooled Trust, Dodge & Cox International Stock Fund, SSGA Funds Emerging Market Fund, BP ADR, Exxon Mobil, J. P. Morgan Chase & Co., Briggs & Stratton Corp., General Electric Co., DuPont, Verizon Communications, Public Service Enterprise Group, Pimco High Yield Fund, Western Asset Plus Bond Fund, Evergreen International Bond Fund, Pimco Emerging Markets Bond Fund, Evergreen Intermediate Municipal Bond Fund, Vanguard Intermediate Tax Exempt Fund and Wachovia Bank Money Market.

I trust this answers your inquiry.  If not, please don't hesitate to contact me again.

Very truly yours,



United States District Judge

RBK:mg

AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>KUGLER, ROBERT B | 2. Court or Organization<br><br>United States District Court | 3. Date of Report<br><br>05/05/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>Mitchell Cohen U.S. Courthouse<br>1 John F. Gerry Plaza, Box 889<br>Camden, New Jersey 08101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Residuary Trust U/W |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2008 MAY 12 A 11: 22 FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2007 | Salary - State of New Jersey |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B | 05/05/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wachovia Bank | A | | J | T | | | | | |
| 2. Gabelli Asset Fund | A | Dividend | J | T | | | | | |
| 3. Mutual Qualified Fund | A | Dividend | J | T | | | | | |
| 4. Schwab 100 Fund | A | Dividend | J | T | | | | | |
| 5. ABA Members Retirement Fund | C | Dividend | N | T | | | | | |
| 6. American Express Co. | B | Dividend | M | T | | | | | |
| 7. Ford | A | Dividend | K | T | | | | | |
| 8. Lehman Brothers | A | Dividend | K | T | | | | | |
| 9. Exxon Mobil | A | Dividend | J | T | | | | | |
| 10. Newell/Rubbermaid | A | Dividend | J | T | | | | | |
| 11. Visteon Corp. | | Dividend | J | T | | | | | |
| 12. Partnership, coins | | None | J | W | | | | | |
| 13. Trust (income beneficiary) | C | Distribution | M | T | | | | | |
| 14. Commerce Bank | A | Interest | J | T | | | | | |
| 15. AIG Sun America Life | A | Dividend | J | T | | | | | |
| 16. Ameriprise Financial, Inc. | A | Dividend | J | T | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

As to Part I, the Residuary Trust is invested in mutual funds through Vanguard (total value $250,000 - $500,000), shares of Royal Dutch Shell (less than $1,000 dividends; total value $15,000 - $50,000), a mortgage and a partnership which owns real estate in Haddonfield, NJ (income $15,000 - $50,000; value $150,000 - $250,000) and an account at Wachovia Bank (income less than $1,000; total value $15,000 - $50,000). I receive no income as trustee nor any other thing of value and am a contingent beneficiary of the corpus only.

As to Part VII, I no longer have any interest in the bond, or the Haddon Savings, PNC or Vanguard Star Fund and have no information on whether or not ▉▉▉ ▉▉▉▉ does.

As to the partnership, coins, that is a partnership with ▉▉▉▉▉.

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544